U.S. GPO 1999 710-924

*Judge Buchwald*

In the United States District Court

for the ___EASTERN___ District of ___NEW YORK___

FILED
IN CLERKS OFFICE
U.S DISTRICT COURT E.D.N
★ MAY 31 2007
BROOKLYN OFFICE

United States of America

v.

FERNANDO BEDOYA-LOZANO

Criminal No. 05 CR 847 (NG)

# 07 CRIM. 579

USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DC #:
JUN 27 2007

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ___FERNANDO BEDOYA-LOZANO___, defendant, have been informed that a ___INDICTMENT___ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ___GUILTY___ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the ___SOUTHERN___ District of ___NEW YORK___ in which I ___AM UNDER ARREST___ (am under arrest, am held) and to waive trial in the above captioned District.

A TRUE COPY
ATTEST
DATE 6.12.20.07
ROBERT C. HEINEMANN
BY _____ CLERK
_____ DEPUTY CLERK

Dated: ___MAY 4 2007___ at ___5:31 P.M___

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

Roslynn R. Mauskopf

Approved

_____
United States Attorney for the
EASTERN

Michael J. Garcia
_____
United States Attorney for the
SOUTHERN